**James C. Mahan**
**U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PIERRE BLANCHARD, | Case No. 2:16-CV-2290 JCM (VCF) |
| Plaintiff(s), | ORDER |
| v. | |
| HARRAH'S ENTERTAINMENT, INC., et al., | |
| Defendant(s). | |

　　Presently before the court is the matter of *Blanchard v. Harrah's Entertainment, Inc. et al.*, case number 2:16-cv-02290-JCM-VCF.

　　On November 4, 2016, the court entered an order adopting the magistrate judge's report and recommendation and dismissing plaintiff's complaint without prejudice. (ECF No. 4). In that order, the court granted plaintiff leave to amend the complaint within thirty (30) days of the entry of the order. (ECF No. 4). To date, no amended complaint has been filed.

　　Accordingly,

　　IT IS HEREBY ORDERED that the matter of *Blanchard v. Harrah's Entertainment, Inc. et al.*, case number 2:16-cv-02290-JCM-VCF, be and the same hereby is, CLOSED.

　　DATED March 13, 2017.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE